Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHEN INVESTMENTS, INC., et al.,<br><br>          Defendants. | No. 1:11-CV-00484-AWI-SMS<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE;  ORDER**<br><br>Current Date:     June 8, 2011<br><br>Proposed Date:  June 27, 2011 |

**WHEREAS**, Plaintiff filed his Complaint on March 22, 2011 and Defendants filed their answer on April 25, 2011;

**WHEREAS**, Plaintiff and Defendants are engaged in settlement negotiations exploring the possibility of settlement;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for June 8, 2011 which will not provide the parties enough time to explore and/or complete a resolution through settlement;

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to June 27, 2011 at 9:30 a.m. in order to allow the parties time to explore settlement.

Date: May 31, 2011

MOORE LAW FIRM, P.C.
/s/Tanya E. Moore
Tanya E. Moore

Attorneys for Plaintiff

WILD, CARTER & TIPTON

/s/ Wesley J. Hammond
Wesley J. Hammond, Attorneys for
Defendants Stephen Investments, Inc.
and Vivian Sayaseng, dba Dari Delite

## ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 8, 2011 be continued to June 27, 2011 at 9:30 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder.

**IT IS SO ORDERED**.

Dated:   May 31, 2011                    /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE