K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
John Morales

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES, | No: 1:11-CV-00484-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| STEPHEN INVESTMENTS, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and Defendants Stephen Investments, Inc. and Vilavan Sayaseng dba Dari Delite ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce

///
///
///
///

*Morales v. Stephen Investments, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: July 12, 2011                                          MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff John Morales

Date: July 12, 2011                                          WILD, CARTER & TIPTON

/s/ Wesley J. Hammond
Wesley J. Hammond, Attorneys for
Defendants Stephen Investments, Inc.
and Vilavan Sayaseng dba Dari Delite

## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff John Morales and Defendants Stephen Investments, Inc. and Vilavan Sayaseng dba Dari Delite shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff John Morales and Defendants Stephen Investments, Inc. and Vilavan Sayaseng dba Dari Delite, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Stephen Investments, Inc. and Vilavan Sayaseng dba Dari Delite are dismissed with prejudice and this action is therefore dismissed in its entirety.

/ / /

/ / /

1  IT IS SO ORDERED.

2  Dated:  July 12, 2011

3  _____
   CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Stephen Investments, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 3